**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TIMOTHY CARRILLO | § | |
| VS. | § | CIVIL ACTION NO. 1:14cv99 |
| NURSE SHOEMAKER, ET AL. | § | |

### ORDER ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Timothy Carrillo, proceeding *pro se*, filed the above-styled civil rights lawsuit pursuant to 42 U.S.C. § 1983 against Nurse Shoemaker and an unidentified medical supervisor. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this lawsuit be dismissed for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation, along with the record and pleadings. Plaintiff did not object to the Report and Recommendation.[1]

### ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ACCEPTED** as the opinion of the court. A final judgment shall be entered dismissing this lawsuit in accordance with the recommendation of the Magistrate Judge.

**SIGNED** this the 7 day of **September, 2021.**

Thad Heartfield
United States District Judge

---

[1] Plaintiff filed what was docketed as objections. However, plaintiff labeled his document as an answer to the Report and Recommendation, rather than as objections. In his answer, plaintiff states he accepts the recommendation that his claims be dismissed.